UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 14-286 (SRN)

UNITED STATES OF AMERICA,

        Plaintiff,                        **PRELIMINARY ORDER
OF FORFEITURE**

    v.

1. JESUS EDUARDO SOTO, and
2. BRIAN VALDEZ,

        Defendants.

Based on the United States' motion for a Preliminary Order of Forfeiture and the Plea Agreements entered into between the United States and Defendants Jesus Eduardo Soto and Brian Valdez; and on the Court's determination that, based on all of the files and records of this proceeding, the government has established the requisite nexus between such property and the offense to which the defendants have pled guilty,

IT IS HEREBY ORDERED that:

1.      The Motion of the United States for a Preliminary Order of Forfeiture [Docket No. 34] is GRANTED;

2.      $4,942.00 in U. S. currency is forfeited to the United States pursuant to 21 U.S.C. § 853(a)(1) and (2);

3.      The Attorney General or his authorized designee may seize the foregoing property and maintain custody and control of the property pending the entry of a Final Order of Forfeiture;

4.      The United States shall, pursuant to 21 U.S.C. § 853(n)(1), publish and give

notice of this Order and its intent to dispose of the foregoing property in such manner as

the Attorney General may direct;

5.      Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order

of Forfeiture shall become final as to the defendants at the time of their sentencing, and

shall be made a part of their sentences and included in their criminal judgments;

6.      Following the Court's disposition of all petitions filed pursuant to 21

U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period

specified within which to file such petitions, the United States shall have clear title to the

foregoing property and may warrant good title to any subsequent purchaser or transferee;

and

7.      This Court shall retain jurisdiction to enforce this Order, and to amend it as

necessary pursuant to Fed. R. Crim. P. 32.2(e).


Dated: November 5, 2014                          s/Susan Richard Nelson
                                                 Susan Richard Nelson, Judge
                                                 United States District Court

2